IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| IN RE: | ) | |
| --- | --- | --- |
| | ) | |
| YONZETTA A MOSS, | ) | BK No. 18-00722-CW3-7 |
| | ) | |
| Debtor(s). | ) | |

### TRUSTEE'S REPORT OF UNCLAIMED FUNDS

Erica R. Johnson, Trustee of this bankruptcy estate, reports the following:

1. Ninety days have passed since final distribution was made in this case pursuant to 11 U.S.C. §726. The Trustee has stopped payment on all checks remaining unpaid. The names of the individuals or entities to whom such unnegotiated distribution checks were issued, the amount of such checks, and the last-known address of the payees are:

| Name and Address | Amount | Claim No. |
| --- | --- | --- |
| YONZETTA A MOSS<br>c/o LEFKOVITZ AND LEFKOVITZ, PLLC<br>618 CHURCH ST STE 410<br>NASHVILLE, TN 37219 | $76,108.25 | N/A (Surplus Check) |

2. The Trustee's check in the amount of $76,108.25, payable to the Clerk of the U.S. Bankruptcy Court, is being submitted to the Court simultaneously with this Report.

Dated this 26th day of December, 2019.

Respectfully submitted,

*/s/ Erica R. Johnson, Trustee*
Erica R. Johnson, Chapter 7 Trustee
8161 Highway 100, Suite 184
Nashville, Tennessee 37221
(615) 347-5869 – Telephone
erjtrustee@erjlaw.com – Email

### CERTIFICATE OF SERVICE

I hereby certify that I have forwarded a true and exact copy of the foregoing document via CM/ECF Email Notice/Service to the U.S. Trustee; and via U.S. Mail to Yonzetta A Moss, 708 Princeton Hill Drive, Brentwood, TN 37027 on this 26th day of December, 2019.

*/s/ Erica R. Johnson*
Erica R. Johnson