IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:

YONZETTA A MOSS

**Debtor(s)**

} Case No. 3:18-bk-00722
}
} Chapter 7
}
} Judge

## NOTICE OF NEW/CHANGE OF ADDRESS FOR DEBTOR(S)

**NOW COME(S)** the Debtor(s), through counsel and respectfully notifies this Honorable Court of her new/correct mailing address as follows:

**YONZETTA A MOSS**
**809 Kaitlyn Drive**
**Loganville, GA 30052**

Respectfully submitted,

**LEFKOVITZ & LEFKOVITZ**

By: /s/ Steven L. Lefkovitz
Steven L. Lefkovitz, No. 5953
Attorney for the Debtor(s)
618 Church St., #410
Nashville, TN 37219
(615) 256-8300    fax (615) 255-4516
slefkovitz@lefkovitz.com

### CERTIFICATE OF SERVICE

A copy of the foregoing has been sent to the U.S. Trustee and the Chapter 7 Trustee and all other parties to receive notice via the Court's ECF Filing System.

*/s/ Steven L. Lefkovitz*

Steven L. Lefkovitz